UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL TREMBLAY, et al.,

                       Plaintiff,

        -v-

OPENAI, INC., OPENAI, L.P., OPENAI OPCO
L.L.C., OPENAI GP, L.L.C., and OPENAI,

                  Defendants.

---

25-mc-118 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    There has been no activity in this action since the parties filed a joint status report on July 21, 2025. (Dkt. No. 9.) That report contemplated that the parties would file a further joint report on August 20, 2025, to inform the Court of the status of the parties' efforts to reach a resolution of this dispute. (*Id.* at 2.) No such report was filed. Given the extensive discovery proceedings in the multidistrict litigation to which this dispute relates—*In re OpenAI, Inc. Copyright Infringement Litigation*, No. 25-md-3143—since last July, the Court assumes the parties have resolved this dispute. Accordingly, the Court will close this matter on Friday, February 20, 2026, absent good cause claimed by the parties.

Dated: New York, New York
       February 17, 2026

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.