UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAUL TREMBLAY, et al.,<br><br>                    Plaintiff,<br><br>       -v-<br><br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO L.L.C., OPENAI GP, L.L.C., and OPENAI,<br><br>             Defendants. | 25-mc-118 (SHS) (OTW)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

No good cause having been shown by the parties why this action should remain open, the Clerk of Court is respectfully directed to close this action.

Dated: New York, New York
       February 24, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.